Kenneth F. Baum (SBN 250719)
kbaum@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
100 Wilshire Boulevard, Suite 1760
Santa Monica, CA 90401
Telephone: (310) 576-6900
Facsimile: (312) 881-5191

*[Additional counsel on signature page]*

*Counsel for Defendants*
*MLB Advanced Media, Inc., and MLB Advanced Media, L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

THELMA KIMMONS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MLB ADVANCED MEDIA, INC., Delaware Corporation; MLB ADVANCED MEDIA, L.P., Delaware Corporation and DOES 1-100, inclusive,

Defendants.

Case No. 3:26-cv-09061-CRB

*Assigned to Judge Charles R. Breyer*

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING MOTION WITHOUT PREJUDICE TO RENEWAL AND RESETTING BRIEFING SCHEDULE**

**STIPULATION**

In accordance with Judge Bryer's Standing Order, Rule I.B.7, and Civil L.R. 7-12, Plaintiff Thelma Kimmons and Defendants MLB Advanced Media, Inc. and MLB Advanced Media, L.P. (collectively, "MLBAM"), by and through their counsel of record, hereby stipulate and agree and jointly request, for the good cause reasons explained in MLBAM's September 22, 2026 Letter to the Court, as follows:

1. In light of Plaintiff's intent to file an Amended Complaint by September 24, 2026 (*see* ECF No. 14), MLBAM's pending Motion to Transfer, Dismiss, and Strike (ECF No. 12) and Plaintiff's Opposition to that motion (ECF No. 16), are deemed withdrawn without prejudice to renewal.
2. In accordance with Federal Rule of Civil Procedure 15(a)(3), MLBAM's renewed motion is due within 14 days after service of Plaintiff's Amended Complaint.
3. Plaintiff's response to any renewed motion and MLBAM's reply in support of that motion will be due based on the deadlines set out in the Local Rules of this District or by Order of this Court.

Pursuant to Civil L.R. 5-1(i)(3), agreement to file this document was obtained from James Treglio, counsel for Plaintiff, on September 22, 2026.

Dated: September 22, 2026

By: *S/ Alan E. Littmann*
Alan E. Littmann (*pro hac vice*)
*Attorney for Defendants MLB Advanced Media, Inc., MLB Advanced Media, L.P.*

Dated: September 22, 2026

By: *S/ James M. Treglio*
James M. Treglio (SBN 228077)
*Attorney for Plaintiff Thelma Kimmons*

PURSUANT TO STIPULATION, IT IS SO ORDERED




September 23, 2026
Date